# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL RAZAK ALI (ISN 685),** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 09-745 (RCL)** |
| ) | |
| **BARACK H. OBAMA, President** ) | |
| of the United States, *et al.*, ) | |
| ) | |
| **Respondents.** ) | |

## ORDER

The Court conducted a status conference as to petitioner on May 28, 2009. Petitioner made an oral motion to renew his Motion for Expedited Judgment (originally filed January 16, 2009) in light of the Court's May 21, 2009 Memorandum Opinion determining the scope of respondents' detention authority. It is hereby

ORDERED that petitioner's oral motion is GRANTED; and it is further

ORDERED that respondents shall file their opposition to petitioner's motion within 10 days of the date of this Order; and it is further

ORDERED that petitioner shall file his reply within 7 days of the filing of respondents' opposition; and it is further

ORDERED that any motion by respondents to further amend their factual return shall be filed no later than June 5, 2009.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on May 28, 2009.